CHRISTIAN T. BALDUCCI
Nevada Bar No. 12688
cbalducci@maclaw.com
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
Tel.: (702) 382-0711
Fax: (702) 382-5816

Attorneys for Plaintiffs, ERNEST SUSSMAN and FLER SUSSMAN

NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
**HINES HAMPTON PELANDA LLP**
400 South 4th St., Ste. 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant, CRESTBROOK INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST SUSSMAN, an individual; and FLER SUSSSMAN, an individual<br><br>Plaintiffs<br><br>vs.<br><br>CRESTBROOK INSURANCE COMPANY, an Ohio corporation and a wholly owned subsidiary of NATIONWIDE MUTUAL INSURANCE COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE NO.: 2:24-cv-01228-CDS-NJK<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL OF THE ACTION, WITHOUT PREJUDICE, AND TOLLING OF APPLICABLE STATUTES OF LIMITATIONS AND TIME TO SUE POLICY PROVISION**<br><br>[ECF No. 22] |

Plaintiffs ERNEST SUSSMAN and FLER SUSSMAN ("Plaintiffs"), by and through their undersigned counsel of record, and Defendant CRESTBROOK INSURANCE COMPANY ("Defendant"), by and through its counsel of record, hereby jointly stipulate and agree, and respectfully request the Court to order, as follows:

1. Plaintiffs, at all relevant times, were insured under a Homeowners policy of insurance issued by Defendant Crestbrook Insurance Company ("Crestbrook"), policy number HO00246389-02, in effect from December 5, 2022 to December 5, 2023, insuring Plaintiffs' residence located at 9805 Mountain Grove Court, Las Vegas, Nevada (the "Policy").

2. This action derives from a claim made by Plaintiffs to Crestbrook under the Policy for insurance benefits for damage to Plaintiffs' residence caused by and resulting from a leaking water line located underneath the slab of the residence and damage caused by and resulting from repair of that leaking water line. The Policy does not provide coverage for the cost to repair the leaking water line.

3. Plaintiffs have asserted against Crestbrook in the Complaint on file herein causes of action for bad faith violations of NRS 686A.310, breach of contract, and breach of the covenant of good faith and fair dealing.

4. Plaintiffs and Crestbrook have agreed and hereby stipulate that Plaintiffs shall dismiss this action, without prejudice, and, in exchange and as consideration for that dismissal, Crestbrook hereby agrees and stipulates that the statute of limitations applicable to the causes of action asserted by Plaintiffs in the Complaint on file in this action as of this date, and the Policy's one year internal time limitation for bringing a legal action against Crestbrook, found in the Policy's Property Conditions, item (8), titled Suit Against Us, shall be deemed tolled for a period of two (2) years from the date of said dismissal, such that Plaintiffs may refile the identical causes of action as already exist in the Complaint on file herein, but no others, against Crestbrook within two years from the date of said dismissal and Crestbrook waives the applicable Statute of Limitations and

internal Policy time limitation to sue as against those identical causes of actions and claims if refiled within those two years.

5. The agreement by Crestbrook to toll and waive a statute of limitations defense and the Policy's internal one year time limitation to sue is applicable only as to the causes of action already pled against it by Plaintiffs in the Complaint on file in this action as of the date of this Stipulation. Crestbrook reserves the right to assert any and all defenses, including a statute of limitations defense and/or the Policy's internal time limitation to sue, against any new or other causes of action or claims Plaintiffs should, in the future, assert or file against Crestbrook related to the loss and insurance claim that is the subject of this action.

**IT IS SO STIPULATED.**

Dated: March 21, 2025          **MARQUIS AURBACH**

                               By:   */s/ Christian Balducci*
                                     CHRISTIAN BALDUCCI
                                     Attorneys for Plaintiffs,
                                     ERNEST and FLER SUSSMAN


Dated: March 21, 2025          **HINES HAMPTON PELANDA LLP**

                               By:   */s/ Nicole Hampton*
                                     Nicole Hampton
                                     Attorneys for Defendant,
                                     CRESTBROOK INSURANCE COMPANY

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: June 20, 2025